HILLTOP ASSOCIATES, A PARTNERSHIP v. MAYOR AND COUNCIL OF THE TOWNSHIP OF EDISON.

December 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY, DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT AND DISABILITY INSURANCE v. CAMPISE REPORTING.

December 19, 1984.

Petition for certification denied.

JOHN T. HENDERSON, INC., REALTORS AND PATRICIA DAVIS v. HUNT & AUGUSTINE, INC., AND J.M. GOODLEY AND SUSAN GOODLEY.

December 19, 1984.

Petition for certification denied.

CAROL HARDWICK v. NEWARK MORNING LEDGER COMPANY.

December 19, 1984.

Petition for certification denied.